UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Jose Dearcia-Guillen,

Plaintiff,

v.

Markwayne MULLIN, et al.,

Defendants.

Case No.: 26-cv-4782-AGS-VET

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2), GRANTING MOTION FOR APPOINTED COUNSEL (ECF 3), AND SETTING BRIEFING SCHEDULE**

Unrepresented petitioner Jose Dearcia-Guillen seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention, and he moves to proceed without paying the filing fee and for appointed counsel. (*See* ECF 2 & 3.) His request to proceed without paying the five-dollar filing fee is granted, as he claims to have "no job[], assets, or cash[.]" (ECF 2, at 3); *see also Gibson v. San Diego Cnty. Sheriff's Dep't*, No. 26-CV-3888-AGS-DDL, 2026 WL 2034466, at *1 (S.D. Cal. July 14, 2026) (holding a "plaintiff need not be completely destitute to proceed IFP" (cleaned up)). The Court also grants the request for counsel and provisionally appoints Federal Defenders of San Diego, Inc., to determine whether petitioner qualifies for representation by that organization for this petition. The Clerk is directed to forward a copy of this order to Federal Defenders at CAS_2241@fd.org. By September 7, 2026, Federal Defenders must submit a notice to the Court detailing whether it will accept the appointment. If it accepts appointment and files an amended petition, the Court adopts the Standard Procedures from Chief Judge Order No. 144 for that amended petition.

Dated: August 24, 2026

Hon. Andrew G. Schopler
United States District Judge