UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose DEARCIA-GUILLEN,<br>Petitioner,<br>v.<br>Markwayne MULLIN, et al.,<br>Respondents. | Case No.: 26-cv-4782-AGS-VET<br>**ORDER GRANTING AMENDED HABEAS PETITION (ECF 9) AND ORDERING BOND HEARING** |

Petitioner Jose Dearcia-Guillen seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents “do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).” (ECF 11, at 2.) The Court thus **GRANTS** the petition and orders that petitioner receive such a hearing by October 8, 2026.

Upon the petitioner’s request for a continuance, the immigration judge may grant reasonable extensions of that deadline. In addition, within seven days of that hearing, the parties must submit a status update on the immigration judge’s ruling. The status update must include a copy of the immigration judge’s order. All other deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: September 24, 2026

Hon. Andrew G. Schopler
United States District Judge